IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JOSALYN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 2:07-cv-02208 |
| | ) | JURY DEMAND |
| FLUOR CORPORATION d/b/a | ) | |
| FLUOR DANIEL, INC., d/b/a | ) | |
| DEL-JEN, INC., DEL-JEN, INC. and | ) | |
| HORIZONS YOUTH SERVICES, L.C. | ) | |
| | ) | |
| Defendants. | ) | |

_____

**DEFENDANT HORIZONS YOUTH SERVICES, L.C.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER**
_____

Comes now defendant Horizons Youth Services, L.C., pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and moves this Court to dismiss this case on the following grounds:

1. This Court does not have general or specific personal jurisdiction over this defendant;

2. This lawsuit was filed in the improper venue; and

3. The convenience of the parties to this action would be better served if this case were litigated in another forum and this case should be dismissed, or alternatively transferred, under the doctrine of forum non conveniens.

Defendant has filed the following in support of this motion:

1

1. Memorandum of Law in Support of Motion to Dismiss; and

2. Affidavit of William John Hall.

        Respectfully submitted,

        LEVAN, SPRADER, PATTON & MCCASKILL, PLLC

        By: /s/Christopher M. Jones
           MARK S. LEVAN (#012155)
           CHRISTOPHER M. JONES (#022142)
           150 Fourth Avenue North
           Suite 1020
           Nashville, Tennessee 37219
           615-843-0300

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via electronic means via the Court's electronic system upon:

>Mark Ledbetter
>Taylor, Halliburton & Ledbetter
>254 Court –Suite 305
>Memphis, TN  38103
>Mark794@aol.com
>
>*Attorney for the Plaintiff*
>
>R. David Clark
>Melissa A. Wilson
>Clark & Ward
>333 West Vine Street, Suite 1100
>Lexington, KY 40507
>dclark@clarkward.com
>mwilson@clarkward.com
>
>Kevin D. Bernstein
>Spicer, Flynn & Rudstrom
>Brinkley Plaza
>80 Monroe Avenue, Suite 500
>Memphis, TN  38103
>kdb@msfrlaw.com
>
>*Attorneys for Fluor Corporation d/b/a*
>*Fluor Daniel, Inc d/b/a Del-Jen, Inc. and*
>*Del-Jen, Inc.*

on this the 1st day of August, 2007.

                                        s/Christopher M. Jones
                                        Christopher M. Jones